UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TRINI THOMAS and  
BETTY JO THOMAS,

Case No. 6:13-bk-05367-CCJ

___Debtors._____/


___X___ **Chapter 13 Plan**          _____ **Amended Chapter 13 Plan**


COME NOW, the Debtors and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

Plan Payments

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1 – 12  (June 2013 – May 2014) | $   1,700.00 |
| 13 – 23 (June 2014 – April 2015) | $   2,500.00 |
| 24      (May 2015) | $ 40,000.00 |
| 25 – 59 (June 2015 – April 2019) | $   3,500.00 |
| 60      (May 2019) | $128,000.00 |

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Charles W. Price | $ 1,800.00 | $ 75.00 | 1 - 24 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

## Secured Claims

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America (Grays Airport) (31%) | $345,248.00 | $ 821.90 | 1 – 60 |
| Bank of America (Waitman Ave.) | $ 73,641.00 | $ 423.00 | 1 – 60 |

## Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America (Grays Airport) | Modification/Mediation | | |

## Secured Gap Payment

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

## Property to be Surrendered:

| Creditor Name: | Property Address: |
|---|---|

NONE

## Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America | $ 48,5550.00 | $ 196.43 | 1 - 60 |

## The following Executory Contracts are assumed:

| Name of Creditor: | Description of Collateral: | Payment Month Numbers: |
|---|---|---|

NONE

**The following Executory Contracts are rejected:**

Name of Creditor:                                           Description of Collateral:

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: __PRO RATA__ %

Property of the Estate revests in the Debtors upon completion of all plan payments and the discharge of Debtors.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this _14th_ day of May, 2013.

Signed: /s/ TRINI THOMAS
TRINI THOMAS, Debtor

Signed: /s/ BETTY JO THOMAS
BETTY JO THOMAS, Debtor

/s/ CHARLES W. PRICE
CHARLES W. PRICE, ESQ.
Attorney for Debtor
PRICE LAW FIRM
390 Maitland Ave., Suite 1000
Altamonte Springs, FL 32701
p. 407.834.0090, f. 407.386.7610
Fla. Bar No. 870862

Debtor:    Trini and Betty Jo Thomas                                                                                    Case No. 6:13-bk-05367-CCJ

### CHAPTER 13 PLAN

| Month | Payment | BOA (Grays Airport) | BOA (Waitman Ave.) | BOA (Georgia Ave.) | Attorney's Fees | Trustee | Unsecured |
|---|---|---|---|---|---|---|---|
| 1 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 2 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 3 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 4 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 5 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 6 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 7 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 8 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 9 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 10 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 11 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 12 | $1,700.00 | $821.90 | $196.43 | $423.00 | $75.00 | $170.00 | $13.67 |
| 13 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 14 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 15 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 16 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 17 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 18 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 19 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 20 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 21 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 22 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 23 | $2,500.00 | $821.90 | $196.43 | $423.00 | $75.00 | $250.00 | $733.67 |
| 24 | $40,000.00 | $821.90 | $34,586.96 | $423.00 | $75.00 | $4,000.00 | $93.14 |
| 25 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 26 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 27 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 28 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 29 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 30 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 31 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 32 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 33 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 34 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 35 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 36 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 37 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 38 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 39 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 40 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 41 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 42 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 43 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 44 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 45 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 46 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 47 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 48 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 49 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 50 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 51 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 52 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 53 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 54 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 55 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 56 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 57 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 58 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 59 | $3,500.00 | $821.90 | | $423.00 | | $350.00 | $1,905.10 |
| 60 | $128,000.00 | $821.90 | | $423.00 | | $12,800.00 | $113,955.10 |
| | $338,400.00 | $49,314.00 | $39,104.85 | $25,380.00 | $1,800.00 | $33,840.00 | $188,961.15 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:13-bk-05367-CCJ<br>Middle District of Florida<br>Orlando<br>Tue May 14 09:55:19 EDT 2013 | Betty Jo Thomas<br>36154 S. Grays Airport Rd.<br>Fruitland Park, FL 34731-5484 | Trini Lovosier Thomas Sr.<br>36154 S. Grays Airport Rd.<br>Fruitland Park, FL 34731-5484 |
| Access Capital Credit<br>338 W Lexington Ave Ste<br>El Cajon, CA 92020-4443 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Amerifinancial Solutio<br>Po Box 602570<br>Charlotte, NC 28260-2570 |
| Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090-1630 | Bank Of America<br>Attn: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410-8119 | Bank Of America<br>Attn:Bankruptcy NC4-105-0314<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| Bank Of America<br>Po Box 982235<br>El Paso, TX 79998-2235 | Bk Of Amer<br>Attn: Correspondence Unit<br>CA6 919 02 41<br>P O Box 5170<br>Simi Valley, CA 93062-5170 | Calvary Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-2322 |
| Cb Accts Inc<br>124 Sw Adams St. Suite 215<br>Peoria, IL 61602-2321 | Citizens First Bank<br>903 Avenida Central<br>The Villages, FL 32159-5705 | Dept Of Ed/sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Dept Of Education/neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Fin Svcs Llc<br>Po Box15316<br>Wilmington, DE 19850-5316 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Lake County Tax Collector<br>Attn: Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 |
| Medical Data Systems I<br>2150 15th Ave<br>Vero Beach, FL 32960-3436 | Midland Funding<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Pride Acquisitions<br>100 Garden City Plz Ste<br>Garden City, NY 11530-3203 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Charles W Price +<br>Price Law Firm<br>390 Maitland Avenue<br>Suite 1000<br>Altamonte Springs, FL 32701-5415 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2217 |
| Cynthia M Talton +<br>Ronald R. Wolfe & Associates, P.L.<br>P.O. Box 250818<br>Tampa, FL 33622-5018 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28