UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TRINI THOMAS and                              Case No. 6:13-bk-05367-CCJ
BETTY JO THOMAS,

____Debtors._____/

_____    **Chapter 13 Plan**          \_\_\_\_X\_\_\_    **Amended Chapter 13 Plan**

    COME NOW, the Debtors and file this Chapter 13 Plan. The projected disposable income of the Debtors is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtors shall pay the following sums to the Chapter 13 Standing Trustee:

Plan Payments

| Payment Number by Months | Amount of Monthly Plan Payment |
|---|---|
| 1 – 10   (May 2013 – February 2014) | $   1,700.00 |
| 11 – 23  (March 2014 – March 2015) | $   2,100.00 |
| 24       (April 2015) | $ 40,000.00 |
| 25 – 59  (May 2015 – March 2019) | $   3,500.00 |
| 60       (April 2019) | $151,000.00 |

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Charles W. Price | $ 1,800.00 | $ 75.00 | 1 - 24 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America (Grays Airport) | $345,248.00 | $821.90 (31%) | 1 – 60 |
| GreenTree Serv. (Georgia Ave.) | $74,450.61 | $423.00<br>$709.03 | 1 – 10<br>11-60 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America (Grays Airport) | Modification/Mediation | | |
| GreenTree Serv. *(Georgia Ave. pre-petition arrears)* | $1106.35 | $22.13 | 11-60 |
| GreenTree Serv. *(Georgia Ave. post-petition arrears)* | $2860.03 | $57.20 | 11-60 |

**Secured Gap Payment**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

NONE

**Property to be Surrendered:**

| Creditor Name: | Property Address: |
|---|---|

NONE

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Bank of America *(Waitman Ave.)* | $36169.00 | $196.43<br>$33,662.27 | 1 – 23<br>24 |

**The following Executory Contracts are assumed:**

Name of Creditor:         Description of Collateral:         Payment Month Numbers:

NONE

**The following Executory Contracts are rejected:**

Name of Creditor:                               Description of Collateral:

NONE

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage**:   PRO RATA   %**

Property of the Estate revests in the Debtors upon confirmation of plan.

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 22nd day of January, 2014.

Signed: /s/ TRINI THOMAS
TRINI THOMAS, Debtor

Signed: /s/ BETTY JO THOMAS
BETTY JO THOMAS, Debtor

/s/ CHARLES W. PRICE
CHARLES W. PRICE, ESQ.
Attorney for Debtor
PRICE LAW FIRM
390 Maitland Ave., Suite 1000
Altamonte Springs, FL 32701
p. 407.834.0090, f. 407.386.7610
Fla. Bar No. 870862