UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

TRINI THOMAS and                                    Case No. 6:13-bk-05367-CCJ
BETTY JO THOMAS,

___Debtors._____/

**<u>AGREED ORDER GRANTING DEBTORS' MOTION TO VALUE CLAIM</u>**
**<u>(Doc. No. 35)</u>**

THIS MATTER came on for consideration pursuant to an agreement amongst the parties on the Debtor's Motion to Value Claim of BANK OF AMERICA, N.A. ("Creditor") (DE # 35).

The real property that is the subject of the Motion is located at 2120 WAITMAN AVE., LEESBURG, FL 34748 ("Property") and more particularly described as follows:

> LOT 13 AND THE WEST 20 FEET OF LOT 14, BLOCK A, LIBERIA T.W. WAITMAN'S SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 9, PAGE 13, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA.

Accordingly, it is hereby

ORDERED as follows:

1. That the Debtor's Motion is hereby GRANTED.

2. Debtor owes Creditor the sum of $48555.00. No proof of claim has been filed by Creditor.

3. The current fair market value of the Property and Creditor's collateral is $36,169.00 pursuant to 11 U.S.C §506 and, therefore, any claim filed by the creditor shall be an allowed secured claim in this amount for purpose of distribution through the Debtors' Chapter 13

plan. Creditor's allowed secured claim shall be paid through the Debtors' Plan with interest rate of 5.25% over a period of time not to exceed sixty months. The balance of the claim will be treated as unsecured.

4. The Debtors will be responsible to pay property taxes and insurance premiums.

5. Creditor shall retain its lien in a secured amount consistent with this Order until allowed Secured claim as described in paragraph number three herein above is cured or the Debtor receives a discharge in this Chapter 13 case.

6. Except as modified herein by this Order, all other terms and conditions of Creditor's security instrument shall remain the same and in full force and effect.

7. The value of the Property, the corresponding interest rate and this Order shall survive the termination of this Chapter 13 case upon entry of the Debtor's discharge in this Chapter 13 case. However, in the event the subject case is dismissed or converted to another Chapter of the Bankruptcy Code, the subject loan will revert to its original terms, principal balance and interest rate.

8. The Debtor shall be in default under this Order if Debtor fails to make any payment due hereunder in accordance with the confirmed Plan and presiding Chapter 13 Trustee's requirement as delineated in the Order Establishing Duties of the Trustee and Debtor (DE #7). In the event of a Default, the Creditor and/or the Trustee shall file a Motion to Dismiss, Motion to Convert the case to a Chapter 7 filing or a Motion for *in rem* Relief from the Automatic Stay in accordance with the Order establishing Duties of the Trustee and Debtor.

| Agreed to for entry by Debtor: | Agreed to for entry by Creditor: |
|---|---|
| Date: March 28, 2014<br>/S/ Charles W. Price<br>Charles W Price, Esquire<br>Price Law Firm<br>Florida Bar No.: 870862<br>390 Maitland Avenue, Suite 1000<br>Altamonte Springs, FL 32701<br>(407)834-0090 (telephone)<br>(407)386-7610 (facsimile)<br>cprice1997@aol.com | Date: March 28, 2014<br>/S/  Jason D. Silver, Esq<br>Jason Silver, Esquire<br>Greenspoon Marder Law<br>Trade Centre South, Suite 700<br>100 West Cypress Creek Road<br>Ft. Lauderdale, FL 33309<br>(954) 491-1120(telephone)<br>(954) 771-9264 (facsimile)<br>elizabeth.mittenthal@gmlaw.com |

DONE and ORDERED in Orlando, Florida, this 11th day of April, 2014

_____

Cynthia C. Jackson
United States Bankruptcy Judge

Copies provide to:

Attorney Charles W Price is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.